**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                   Case No. _____

**MEDINA MELENDEZ, NICOLAS ALEXANDER** _____ Chapter **13** _____
                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **11/17/2015**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **650.00** x **60** = $ **39,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **39,000.00**

Additional Payments:
$ **6,400.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **45,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ NICOLAS MEDINA MELENDEZ**
      Debtor

_____
      Joint Debtor

Attorney for Debtor __Melissa Cofán Hernández__     Phone: **(787) 640-6882**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. _____ Cr. _____
# **0702006081**    # _____    # _____
$ **7,700.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ANDERSON FINANC** Cr. **RELIABLE FINANCE** Cr. _____
# **613-3759**    # **649-673242**    # _____
$ **1,756.00**    $ **13,000.00**    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
ANY POST PETITION INCOME TAX REFUND THAT DEBTOR WOULD BE ENTITLE TO RECIEVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THE PLAN. AFTER ITS CONFIRMATION AND WITHOUT FURTHER NOTICE HEARINGS OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY INCREMENTS TO ITS BASE IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.

PROVIDE ADEQUATE PROTECCION IN FAVOR OF RELIABLE FINANCIAL SERVICES IN THE AMOUNT OF $100.

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only